FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 2 - 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

AIR LINE PILOTS ASSOCIATION,

                           Plaintiff,

    - against -

UNITED AIR LINES, INC.,

                           Defendant.

-------------------------------------------------------------x

No. 11 CV 4661 (SJ) (SMG)

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Air Line Pilots Association, by its attorneys, Cohen, Weiss and Simon LLP, acting pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses the above-captioned action without prejudice.

Dated: October 28, 2011
       New York, New York

                                         By:  /s/ Michael E. Abram
                                               Michael E. Abram
                                               Thomas N. Ciantra
                                               Evan R. Hudson-Plush
                                               COHEN, WEISS AND SIMON LLP
                                               330 West 42nd Street
                                               New York, New York 10036
                                               (212) 563-4100

                                               Attorneys for Plaintiff

SO ORDERED, NOV. 1, 2011

/s/ (SJ)
U.S. District Judge

00199907.1